**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00152-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JEFFREY HIMES,

        Defendant.
_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring the Marshal to produce the defendant, JEFFREY HIMES, before United States District Court Chief Judge Lewis T. Babcock, for sentencing on February 2, 2007, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this   2nd   day of    January   , 2007.

                                                                s/Lewis T. Babcock
                                                              UNITED STATES JUDGE